1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

JENNIFER LYNN MOTHERSHEAD,

11

Petitioner,

12

v.

13

DEBORAH J. WOFFORD,

14

Respondent.

CASE NO. C21-5186 MJP

ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE OF
EVIDENTIARY HEARING

15

16    This matter comes before the Court on the Parties' Stipulated Motion for Continuance of

17  Evidentiary Hearing. (Dkt. No. 42.) Having reviewed the Motion and supporting materials, the

18  Court finds good cause to reset the evidentiary hearing and GRANTS the Motion. Considering

19  the Parties' proposed dates and the Court's availability, the Court hereby resets the evidentiary

20  hearing to June 16 and 17, 2022.

21    \\

22    \\

23    \\

24

1        The clerk is ordered to provide copies of this order to all counsel.

2        Dated May 5, 2022.

3

4                                        Marsha J. Pechman
                                         United States Senior District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24