1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10  JENNIFER LYNN MOTHERSHEAD,         CASE NO. C21-5186 MJP

11              Petitioner,            ORDER GRANTING UNOPPOSED
                                       MOTION TO SEAL
12        v.

13  DEBORAH J. WOFFORD,

14              Respondent.

15

16   This matter comes before the Court on Petitioner Jennifer Lynn Mothershead's

17  Uncontested Motion to Seal Portions of Petitioner's Trial Brief and Proposed Findings Together

18  with Declaration of Counsel. (Dkt. No. 56.) Having reviewed the Motion and all supporting

19  materials, the Court GRANTS the Motion. The Court finds substantial and compelling reasons

20  outweigh the public's right to inspect the unredacted copies of the above-mentioned filings,

21  particularly given that sealing the filings helps ensure that Petitioner does not waive the attorney-

22  client or work product privileges. The Court ORDERS that Petitioner's unredacted Trial Brief

23  (Dkt. No. 57) and unredacted Proposed Findings of Fact and Conclusions of Law (Dkt. No. 58)

24

ORDER GRANTING UNOPPOSED MOTION TO SEAL - 1

1  remain under seal. The Court notes that Petitioner filed redacted versions of both documents
2  which remain available to the public.
3      The clerk is ordered to provide copies of this order to all counsel.
4      Dated June 24, 2022.

Marsha J. Pechman<br>
United States Senior District Judge