1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
9    AT SEATTLE

10   JENNIFER LYNN MOTHERSHEAD,          CASE NO. C21-5186 MJP

11                  Petitioner,           ORDER ON MOTION TO SEAL

12          v.

13   DEBORAH J. WOFFORD,

14                  Respondent.

15

16       This matter comes before the Court on Respondent's Stipulated Motion to Seal. (Dkt. No.

17   68.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion

18   and ORDERS that Respondent's unredacted Prehearing Brief (Dkt. No. 54) and Respondent's

19   Proposed Findings of Fact and Conclusions of Law (Dkt. No. 55) shall remain under seal. The

20   Court finds substantial and compelling reasons outweigh the public's right to inspect the

21   unredacted copies of the above-mentioned filings, particularly given that sealing the filings helps

22   ensure that Petitioner does not waive the attorney-client or work product privileges. The Court

23

24

notes that Respondent filed redacted versions of both documents which remain available to the public. (See Dkt. Nos. 69 and 70.)

The clerk is ordered to provide copies of this order to all counsel.

Dated June 30, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER ON MOTION TO SEAL - 2