UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER LYNN MOTHERSHEAD, | CASE NO. C21-5186 MJP |
| Petitioner, | MINUTE ORDER |
| v. | |
| DEBORAH J. WOFFORD, | |
| Respondent. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Ninth Circuit's Memorandum, the Court ORDERS the Parties to meet and confer to discuss and then report to the Court on the following: (1) whether any new briefing on Mothershead's claims of ineffective assistance of counsel related to Dr. Pleus should be submitted to assist the Court in resolving the claims; (2) any deadlines the Parties wish the Court to set for further briefing; and (3) any other items the Court should consider in resolving the

MINUTE ORDER - 1

remaining claims. The Parties must submit a joint report responding to these questions by no later than October 19, 2023.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 5, 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2