UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER LYNN MOTHERSHEAD,<br><br>Petitioner,<br><br>v.<br><br>DEBORAH J. WOFFORD,<br><br>Respondent. | CASE NO. C21-5186 MJP<br><br>CASE SCHEDULING ORDER |

The Court issues the following Case Scheduling Order in light of the Parties' Joint Status Report (Dkt. No. 85), and the Ninth Circuit's Mandate (Dkt. No. 87). The Court hereby sets the following case schedule:

(1) Petitioner's brief on the remaining claims must be filed by no later than December 8, 2023. The brief shall not exceed 8,400 words or, if written by hand or with a typewriter, twenty-four pages.

1  (2) Respondent's brief on the remaining claims must be filed by no later than January 5,

2    2024. The brief shall not exceed 8,400 words or, if written by hand or with a

3    typewriter, twenty-four pages.

4  (3) Petitioner's reply is due by no later than January 26, 2024. The brief shall not exceed

5    4,200 words or, if written by hand or with a typewriter, twelve pages.

6  (4) The Court will notify the Parties if it wishes to hear oral argument.

7  The clerk is ordered to provide copies of this order to all counsel.

8  Dated November 13, 2023.

                Marsha J. Pechman
                United States Senior District Judge