UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER LYNN MOTHERSHEAD, | CASE NO. C21-5186 MJP |
| Petitioner, | MINUTE ORDER |
| v. | |
| DEBORAH J. WOFFORD, | |
| Respondent. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Petitioner's Writ of Certiorari pending before the Supreme Court (Dkt. No. 91), the Court STAYS this matter until the Supreme Court rules on the appeal.

\\

\\

\\

\\

MINUTE ORDER - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Filed January 31, 2024.

                                    Ravi Subramanian
                                    Clerk of Court

                                    s/Kathleen Albert
                                    Deputy Clerk

MINUTE ORDER - 2