UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER LYNN MOTHERSHEAD,<br><br>Petitioner,<br><br>v.<br><br>DEBORAH J. WOFFORD,<br><br>Respondent. | CASE NO. C21-5186 MJP<br><br>ORDER TERMINATING REFERRAL |

In light of the posture of this matter, the Court hereby TERMINATES the referral to Magistrate Judge Leupold.

The clerk is ordered to provide copies of this order to all counsel and to Judge Leupold.

Dated August 13, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER TERMINATING REFERRAL - 1